United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **AUGUSTO JOSE REYES-GOMEZ,** | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-669** |
| | § | |
| **WARDEN, EL VALLE** | § | |
| **DETENTION CENTER**, in his/her | § | |
| official capacity, *et al.*, | § | |
| Respondents, | § | |

## ORDER

Before the Court is Petitioner Augusto Jose Reyes-Gomez's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Reyes-Gomez's "§ 2241 Petition"); he lists various Respondents (collectively, the "Government"). Dkt. No. 1. Reyes-Gomez, a citizen of Venezuela, claims he has Temporary Protected Status and that his detention violates the Immigration and Nationality Act. Dkt. No. 1 at 6, 14–15.

Reyes-Gomez is held at the El Valle Detention Center ("El Valle") in Raymondville, Texas. Dkt. No. 1 at 2. Reyes-Gomez's custodian then, would appear to be the warden of El Valle. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining...the custody of the prisoner."). However, it is unclear from the filings, as to who is currently the warden of El Valle.

The Government is **ORDERED** to file a response to Reyes-Gomez's § 2241 Petition on or before **July 10, 2026**. If Reyes-Gomez wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's

response.  Reyes-Gomez and the Government are **DIRECTED** to inform the Court as to who is the warden of El Valle.

      **SO ORDERED**.


      **SIGNED** on this **26th** day of **June, 2026**, at Brownsville, Texas.


_____
**Ignacio Torteya, III**
**United States Magistrate Judge**